JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TTM BRYANT,<br>　　　　Plaintiff,<br>　　v.<br>ADAM VILLALOBOS, et al.,<br>　　　　Defendant(s). | No. 2:22-cv-09394-DOC-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Second Amended Complaint in this matter is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: January 25, 2024

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE